IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. SAG-19-0466** |
| | * | |
| **THOMAS MICHAEL MANNION, JR.,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| ****** | | |

# FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. On October 23, 2020, the Court entered a Preliminary Order of Forfeiture, ECF No. 41 (the "Preliminary Order"), forfeiting all of the Defendant's right, title, and interest in the following property:

(1) HP Pavilion G4 laptop computer, Model G4-1015DX, Serial No: CNF11045RW (Asset ID: 20-FBI-000082);

(2) Samsung Galaxy J3 cell phone, Model SM-J327A, Serial No: R28J432TLDM (Asset ID: 20-FBI-000082); and

(3) Samsung Galaxy S8 Active cell phone, Model SM-G892A, IMEI: 357712083387349 (Asset ID: 20-FBI-000082)

(collectively, the "Subject Property");

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2 (b)(6)(C), the United States caused to be published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all identified third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

2

WHEREAS, no timely third-party claim to the Subject Property has been filed and the deadline for doing so has expired;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(1) of Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

| January 11, 2022 | /s/ |
|---|---|
| Date | Hon. Stephanie A. Gallagher<br>United States District Judge |